AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

VICTOR M. NORIEGA,

        Plaintiff,

        v.

CAROLE L. HIGHLAND, et al.,

        Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-11-122-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the Complaint is DISMISSED WITH PREJUDICE for failure to state a claim upon which relief may be granted against the named Defendants.

August 24, 2011
*Date*

JAMES R. LARSEN
*Clerk*
s/ Renea Ferrante
*(By) Deputy Clerk*
Renea Ferrante